GEORGE BRISBANE, RESPONDENT, v. ALBERT BRISBANE, APPELLANT.

Judgment reversed, and new trial ordered before another referee, costs to abide event.

Opinion by SMITH, J.; TALCOTT, P. J., not sitting.

PHILIP EDMUNDS, APPELLANT, v. THE UTICA PARK ASSOCIATION, RESPONDENT.

Judgment and order affirmed, on opinion of NOXON, J., at Special Term.

GEORGE CHAMBERLAIN, RESPONDENT, v. MARY L. WOODWARD, APPELLANT.

Judgment affirmed, without costs.

DOUGLASS BOARDMAN, AS EXECUTOR, &c., AND ANOTHER, APPELLANTS, v. BENJAMIN KILLMASTER AND EDWARD EVANS, RESPONDENTS.

Order granting a new trial affirmed, on opinion delivered by the trial judge.

JOHN THEISS, AS ADMINISTRATOR, &c., OF WILLIAM THEISS, DECEASED, RESPONDENT, v. SAMUEL BARRONS AND JULIA E. ROBERTS, APPELLANTS.

Judgment and order affirmed.

HENRY H. BELLINGER, FOR HIMSELF AND FOR SUCH OTHERS, &c., APPELLANT, v. FRED. I. SMALL, AS EXECUTOR, &c. OF FRANCIS A. FEETER, DECEASED, RESPONDENT.

Judgment affirmed, with costs.   HARDIN, J., not sitting.

DANIEL W. BROWN, RESPONDENT, v. J. PAUL GRUPP AND ANOTHER, APPELLANTS.

Leave granted to amend case in the particulars asked for by the appellants on the payment of $10 costs of opposing this motion, and reargument ordered on appellants stipulating not to claim costs of former argument in case the judgment shall be reversed.